The Beacon Mutual Insurance Company
Plaintiff

VS: CA:01-354S

OneBeacon Insurance Group
Defendant

# EXHIBIT RECEIPT

Plaintiff's Exhibits (See Exhibit List)

X Carol Blanchard
Attorney

Deputy clerk