# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**THE BEACON MUTUAL INSURANCE COMPANY,**
**Plaintiff**

**v.**

**ONEBEACON INSURANCE GROUP,**
**Defendant**

**C.A. No. 01-354 S**

## PLAINTIFF'S MOTION TO UNSEAL EXHIBITS

Now comes Plaintiff in the above-captioned matter and moves that all exhibits filed by Plaintiff in the trial of this matter under seal be unsealed and be made available for return to Plaintiff. In support of its motion, Plaintiff states that during the trial numerous exhibits were filed by Plaintiff under seal. The matter is concluded and the Court desires to return all exhibits to Plaintiff but is unable to do so without the sealed exhibits being unsealed. Accordingly, Plaintiff asks that the sealed exhibits be unsealed and be made available for return to Plaintiff. Plaintiff submits and attaches hereto a proposed form of Order.

Respectfully submitted,

THE BEACON MUTUAL INSURANCE COMPANY,

By its Attorneys,

PARTRIDGE SNOW & HAHN LLP

Michael A. Gamboli (#4684)
180 South Main Street
Providence, RI 02903-7120
(401) 861-8200
(401) 861-8210 FAX

DATED: November 23, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing PLAINTIFF'S MOTION TO UNSEAL EXHIBITS was mailed on this 29th day of November, 2005 to:

William M. Dolan III, Esq.
Brown Rudnick Berlack Israels LLP
121 South Main Street
Providence, RI 02903

Steven A. Kaufman, Esq.
Ropes & Gray
30 Kennedy Plaza, 3rd Floor
Providence, RI 02903

828768_1/1222-194

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE BEACON MUTUAL INSURANCE COMPANY,<br>Plaintiff<br><br>v.<br><br>ONEBEACON INSURANCE GROUP,<br>Defendant | C.A. No. 01-354-S |

## ORDER UNSEALING TRIAL EXHIBITS

Upon motion of Plaintiff, it is hereby ORDERED, ADJUDGED and DECREED that all exhibits offered by Plaintiff at the trial of the above-captioned matter and accepted by the Court under seal are hereby unsealed and shall be retrieved by Plaintiff promptly.

ENTERED AS AN ORDER of this Court this _______________ day of November, 2005.

ENTER: PER ORDER:

_______________________________ _______________________________

SMITH, J. Clerk

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing ORDER UNSEALING TRIAL EXHIBITS was hand delivered on this 29th day of November, 2005 to:

William M. Dolan III, Esq.
Brown Rudnick Berlack Israels LLP
121 South Main Street
Providence, RI 02903

Steven A. Kaufman, Esq.
Ropes & Gray
30 Kennedy Plaza, 3rd Floor
Providence, RI 02903

Carol C. Levasseur

828769_1/1222-194