# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

FILED ... 29 ... DISTRICT COURT DISTRICT OF RHODE ISLAND

**THE BEACON MUTUAL INSURANCE COMPANY,**
**Plaintiff**

**v.**

**ONEBEACON INSURANCE GROUP,**
**Defendant**

**C.A. No. 01-354 S**

## PLAINTIFF'S MOTION TO UNSEAL EXHIBITS

Now comes Plaintiff in the above-captioned matter and moves that all exhibits filed by Plaintiff in the trial of this matter under seal be unsealed and be made available for return to Plaintiff. In support of its motion, Plaintiff states that during the trial numerous exhibits were filed by Plaintiff under seal. The matter is concluded and the Court desires to return all exhibits to Plaintiff but is unable to do so without the sealed exhibits being unsealed. Accordingly, Plaintiff asks that the sealed exhibits be unsealed and be made available for return to Plaintiff. Plaintiff submits and attaches hereto a proposed form of Order.

GRANTED
William E. Smith
U.S. District Judge
12/1/05