The Beacon Mutual Insurance Company
Plaintiff

VS: CA:01-354S

OneBeacon Insurance Group
Defendant

EXHIBIT RECEIPT

Defendant's Exhibits C, D and E

Attorney Deborah Medeiros

Deputy clerk