The Beacon Mutual Insurance Company
Plaintiff

VS: CA:01-354S

OneBeacon Insurance Group
Defendant

# EXHIBIT RECEIPT

Plaintiff's sealed Exhibits (1 Box)

~~Attorney~~ Paralegal to Michael Gamboli

Deputy clerk